UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LEONARD L. ADKINS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:10-cv-274<br>)   (Phillips/Guyton) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>) |

## FINAL JUDGMENT ORDER

After a careful review of this matter, the court **ACCEPTS IN WHOLE** the magistrate judge's Report and Recommendation [Doc. 20] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED,** for the reasons stated in the report and recommendation, which the Court adopts and incorporates into its ruling, that the Plaintiff's Motion for Summary Judgment [Doc. 12] is **GRANTED IN PART** and **DENIED IN PART**; that the Commissioner's Motion for Summary Judgment [Doc. 16] is **GRANTED IN PART** and **DENIED IN PART**; and that this case is **REMANDED** to the Commissioner for reconsideration.

       **IT IS SO ORDERED**.

Entered as a judgment.

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT

**ENTER:**

    s/ Thomas W. Phillips
    United States District Judge