UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LEONARD L. ADKINS,              )<br>          Plaintiff,         )<br>                                 )<br>v.                               )<br>                                 )<br>MICHAEL J. ASTRUE, Commissioner of )<br>Social Security,                 )<br>          Defendant.        )  | No. 3:10-cv-274<br>(Phillips/Guyton) |

## ORDER

This matter is before the Court on the report and recommendation filed by United States Magistrate Judge H. Bruce Guyton [Doc. 26] regarding Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, which requested the Court to enter an Order awarding attorney fees to Plaintiff in the amount of $2,040.50 [Doc. 23]. Defendant did not oppose the requested payment of attorney fees. [Doc. 25.]

The Court is in agreement with the magistrate judge's recommendation that Plaintiff's motion be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the report and recommendation [Doc. 26] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is hereby **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that Plaintiff's Motion for Attorneys Fees [Doc. 23] is **GRANTED**, whereby Plaintiff is awarded attorney fees in the amount of $2,040.50.

**IT IS SO ORDERED.**

**ENTER:**

          s/ Thomas W. Phillips
          United States District Judge